NUMBER 13-00-586-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


THE COUNTY OF HIDALGO
, Appellant,


v.



CONCEPCION F. GARZA, ET AL.
, Appellees.

____________________________________________________________________


On appeal from the 93rd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Dorsey, Hinojosa, and Castillo


Opinion Per Curiam


 Appellant, THE COUNTY OF HIDALGO, perfected an appeal from
a judgment entered by the 93rd District Court of Hidalgo County, Texas,
in cause number C-1234-95-B. This cause is before the Court on the
parties' joint motion to dismiss appeal. In the motion, the parties state
that they have settled the disputes underlying this appeal. The parties
request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint 
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 11th day of January, 2001.